# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RON VAN METER, | Case No.: 3:12-CV-00282-RCJ-WGC |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| ROSS MILLER, *et al.*, | September 14, 2012 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 9) set for Monday, October 9, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 14th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge